UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.                                                                     Criminal Case No. 03-80619
                                                                     Civil Case No. 08-15221

D-1, MICHAEL CHENEY,                  HONORABLE AVERN COHN

    Defendant/Petitioner.
_____/

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

I.

This is a habeas case under 28 U.S.C. § 2255. Defendant/Petitioner Michael Cheney, a federal prisoner, claimed he was incarcerated in violation of his constitutional rights. The Court denied the motion. <u>See</u> Memorandum and Order Denying Motion under 28 U.S.C. § 2255, filed January 22, 2009. Petitioner seeks to appeal.

II.

Before Petitioner can appeal the Court's decision, a certificate of appealability (COA) must issue. <u>See</u> 28 U.S.C. § 2253(c)(1) and Fed. R. App. P. 22(b). A COA may be issued "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). In <u>Slack v. McDaniel</u>, 529 U.S. 473, 120 S. Ct. 1595 (2000), the United States Supreme Court held that where, as here, a petition is rejected on the merits, "the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." <u>Id</u>. at 1604.

The Supreme Court has also explained that "[t]his threshold inquiry does not require full consideration of the factual or legal bases adduced in support of the claims." Miller-El v. Cockrell, 123 S.Ct. 1029, 1039 (2003).  "A prisoner seeking a COA must prove 'something more than the absence of frivolity' 'or the existence of mere good faith on his or her part.'" A prisoner need not prove that "some jurists would grant the petition for habeas corpus .... a claim can be debatable even though every jurist of reason might agree, after the COA has been granted and the case has received full consideration, that petitioner will not prevail." Id. at 1040.

In this Circuit, the Court must make an individualized determination of each claim raised in the petition in considering whether or not to grant a COA.  See Murphy v. State of Ohio, 263 F.3d 466 (6th Cir. 2001) (per curiam).  Moreover, where, as here, a Petitioner files a notice of appeal, the Court must issue a order granting or denying a COA.  Castro v. United States, 310 F.3d 900 (6th Cir. 2002) (per curiam).

### III.

Having carefully reviewed the file, for all the reasons stated in the January 22, 2009 order, reasonable jurists would not debate whether Petitioner's sentencing claims deserve to proceed further or that the Court otherwise erred in denying the motion. Accordingly, a COA is DENIED.

SO ORDERED.

Dated:  March 30, 2009              s/Avern Cohn
                                    AVERN COHN
                                    UNITED STATES DISTRICT JUDGE

**03-80619-01 USA v. Michael Cheney**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to Michael Cheney, #30269-039, FCI Morgantown, P.O. Box 1000, Morgantown,WV 26507-1000 and the attorneys of record on this date, March 30, 2009, by electronic and/or ordinary mail.

                            s/Julie Owens
                            Case Manager, (313) 234-5160